UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WINSTON SATTERWHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| PPG (PITTSBURG PLATE & GLASS), | ) | 3:20-CV-3576-G (BN) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and recommendation of the United States Magistrate Judge (the "FCR").

To the extent that the Plaintiff (1) can cure the deficiencies noted in the FCR and (2) believes venue is proper in this federal district and division, he may file an amended complaint within **21 days** of the date of this order. His failure to do so will result in the dismissal of this action without further notice and without prejudice to it being filed where venue may be proper.

**SO ORDERED**.

January 5, 2021.

_____
A. JOE FISH
Senior United States District Judge